767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**



**David J. Lender**
+1 212 310 8153
david.lender@weil.com

# MEMO ENDORSED

<u>VIA HAND DELIVERY</u>



January 5, 2011

Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, N.Y. 10007-1312

Re:  <u>Andrea Weinstein v. EBay, Inc., et al., Case No. 10-CV-8310 (JFK) (S.D.N.Y.)</u>

Dear Judge Keenan,

My firm represents defendants EBay Inc., StubHub, Inc., and the New York Yankees Partnership in the above-captioned matter.  With the Plaintiff's consent, I write on behalf of the parties to seek an adjournment of the initial pre-trial conference scheduled for January 18, 2011.  This is the first request for an adjournment of the initial pre-trial conference.

By way of background, under the operative schedule set forth in the Stipulation that Your Honor so ordered (D.I. 12), Plaintiff served an Amended Complaint on December 31, 2010, and the Defendants have until January 31, 2011 to answer, move against, or otherwise respond.  If the Defendants move against the Amended Complaint, the parties agreed upon a briefing schedule that runs through March 17, 2011 and all discovery, including the exchange of initial disclosures, is stayed pending the resolution of any such motion.

In light of the foregoing, the parties respectfully request an adjournment of the initial pre-trial conference to a date to be set by the Court at its convenience after the Defendants answer the Amended Complaint, or, in the event the Defendants move against the Amended Complaint, after such motion is fully briefed in conjunction with any oral argument permitted by the Court.

Yours truly,

David Lender

cc:  Randall S. Newman, Esq. (Counsel for Plaintiff) (via e-mail)

The initial conference is adjourned
until March 31, 2011 at 10:00am.
In the event defendants move against
the Amended Complaint, the March 31st
conference will be adjourned to an
oral argument date to be determined.
SO ORDERED.

Dated:  New York, N.Y.
         January 6, 2011

U.S.D.J.