# EXHIBIT 2

c.3

# McKINNEY'S
# CONSOLIDATED LAWS
# OF NEW YORK ANNOTATED

## Book 3B
## Arts and Cultural Affairs Law

### 2011
### Cumulative Pocket Part

Replacing prior pocket part supplementing
1984 main volume

Current Through the Laws of 2010, chapters 1 to 59 and
61 to 481 of the 233rd Legislative Session

Includes Commentaries by
Elizabeth Block

Weil, Gotshal & Manges LLP
DEC 2 8 2010
LIBRARY

**WEST.**
A Thomson Reuters business

Mat #41087254

14

§ 25.27                     ARTS AND CULTURAL AFFAIRS

## ARTICLE 25—TICKETS TO PLACES OF ENTERTAINMENT

*[Eff. until May 16, 2011, pursuant to L.1991, c. 704, § 4. See also, Art. 25 Theatre Tickets, ante.]*

**Section**
25.01. Legislative findings.
25.03. Definitions.
25.05. Repealed.
25.07. Ticket prices.
25.08. Additional printing on tickets.
25.09. Ticket speculators.
25.11. Resales of tickets within buffer zone.
25.13. Licensing of ticket resellers.
25.15. Bond.
25.17. Supervision and regulation.
25.19. Posting of license or certificate.
25.21. Change of office location.
25.23. Posting of price lists; information to purchaser.
25.24. Automated ticket purchasing software.
25.25. Records of purchases and sales.
25.27. Commissions to employees of places of entertainment.
25.29. Unlawful charges in connection with tickets.
25.30. Operator prohibitions.
25.31. Suspension or revocation of licenses.
25.33. Private right of action.
25.35. Criminal penalties.

### Historical and Statutory Notes

**L.2010, c. 151 legislation**

L.2010, c. 151, § 11, provides:

"Notwithstanding the provisions of article 5 of the general construction law, if this act shall take effect after May 15, 2010, the provisions of article 25 of the arts and cultural affairs law, except section 25.11 are hereby revived and shall continue in full force and effect as they existed on May 15, 2010 through May 15, 2011, when upon such date such provisions shall expire and be deemed repealed."

**L.2007, c. 61 legislation**

L.2007, c. 61, § 19, as amended by L.2007, c. 374, § 12, eff. July 18, 2007, provides:

"This act shall take effect immediately, provided this chapter shall not take effect with respect to the issuance of licenses or certificates under this article by the secretary of state or department of state until January 1, 2008 and regulation under this article by the commissioners of licenses of the political subdivisions of the state shall continue through December 31, 2007, and provided further, that the amendments to article 25 of title G of the arts and cultural affairs law made by sections one through fifteen of this act shall not affect the repeal of such article and shall be deemed repealed therewith; and provided further that section seventeen of this act shall take effect upon the reversion of article 25 of title G of the arts and cultural affairs law pursuant to section 4 of chapter 704 of the laws of 1991, as amended."

**L.2005, c. 106 legislation**

L.2005, c. 106, § 11-a, added by L.2005, c. 134, § 6, eff. June 30, 2005, deemed eff. June 14, 2005, provides:

"Notwithstanding the provisions of article 5 of the general construction law, the provisions of article 25 of title G of the arts and cultural affairs law are hereby revived and shall continue in full force and effect as they existed on May 31, 2005 and shall be subject to the repeal and reversion of such article pursuant to chapter 704 of the laws of 1991, as amended."

**L.1991, c. 704 legislation**

L.1991, c. 704, § 4; amended L.1994, c. 319, § 1; L.1995, c. 114,

218

---

ARTS AND CULTURAL A[FFAIRS]

§ 1; L.1996, c. 28, § 1; L.[1]
632, § 1, deemed eff. June [1]
L.1998, c. 73, § 1, eff. June
L.1999, c. 60, § 1, eff. June
L.2000, c. 42, § 1, eff. June
L.2001, c. 48, § 1, eff. May 3[1]
deemed eff. June 1, 2001; L.
56, § 7, eff. June 8, 2001; L.
68, § 1, eff. June 10, 2003; L.
106, § 10, eff. June 14, 2005;
c. 61, § 1, eff. May 31, 2007;
c. 374, § 11, eff. July 18
L.2009, c. 68, § 2, eff. June
deemed eff. June 1, 2009; L.
151, § 5, eff. July 2, 2010, p

"This act [adding Arts and [Cultural]
Affairs Law article 25, set out
repealing Arts and Cultural [Affairs]
Law article 25, set out fir[st,]
amending McK. Unconsol.
§ 8919] shall take effect on t[he]
eth day after it shall have be[come]
law [became law Aug. 2, 19[91,]
Oct. 1, 1991], provided, chapt[er]
the laws of 2007 shall not tak[e effect]
with respect to the issuance [of licens]es or certificates under this a[rticle by]
the secretary of state or dep[artment]
of state until January 1, 2[008 and]
regulation under this article

### § 25.01. Legislative fi[ndings]

*[Eff. until May 16,*
*See also, § 25.01 in A*

The legislature finds an[d declares]
for admission to places of [entertainment]
and subject to the super[vision of]
political subdivisions of th[e state, the]
public against fraud, extor[tion]

The legislature further [finds]
and sell tickets to places [of entertainment in]
New York state often fro[m]
ing to the provisions of t[his article]
claim that businesses dom[iciled]
from this statute when sel[ling to residents of this]
state, regardless of the [location of the]
seller. It is the legisla[ture's intent that entities]
charged with enforcement
al of New York state have [jurisdiction over]
persons reselling tickets t[o the]
extent of the state's powe[r]
and that this article be co[nstrued]
(Added L.1991, c. 704, § 1,
L.2007, c. 61, § 1, eff. May 3[1]

'S AND CULTURAL AFFAIRS

itory Notes

1 article pursuant to chapter 704
he laws of 1991, as amended."
2005, c. 106, § 12, provides:
This act shall take effect immedi-
y, provided, however, that the
ndments to the arts and cultural
rs law made by this act shall not
t the repeal of article 25 of title
: such law and shall be deemed
aled therewith."

91, c. 704 legislation
1991, c. 704, § 4; amended
94, c. 319, § 1; L.1995, c. 114,
L.1996, c. 28, § 1; L.1997, c.
§ 1, deemed eff. June 1, 1997;
8, c. 73, § 1, eff. June 1, 1998;
9, c. 60, § 1, eff. June 1, 1999;
0, c. 42, § 1, eff. June 1, 2000;
1, c. 48, § 1, eff. May 31, 2001,
ed eff. June 1, 2001; L.2001, c.
7, eff. June 8, 2001; L.2003, c.
1, eff. June 10, 2003; L.2005, c.
10, eff. June 14, 2005; L.2007,
§ 1, eff. May 31, 2007; L.2007,
4, § 11, eff. July 18, 2007;
9, c. 68, § 2, eff. June 9, 2009,
ed eff. June 1, 2009; L.2010, c.
5, eff. July 2, 2010, provides:
is act [adding Arts and Cultural
s Law article 25, set out second,
ling Arts and Cultural Affairs
article 25, set out first, and
ling McK. Unconsol. Laws
] shall take effect on the sixti-
y after it shall have become a
ecame law Aug. 2, 1991, eff.
1991], provided, chapter 61 of
s of 2007 shall not take effect
espect to the issuance of licens-
ertificates under this article by
retary of state or department
e until January 1, 2008 and
on under this article by the
sioners of licenses of the polit-
bdivisions of the state shall
e through December 31, 2007,
all remain in full force and
only until and including May
1 when such act shall be re-
and when, notwithstanding
er provision of law, the provi-
article 25 of title G of the arts
tural affairs law, repealed by
t, shall be reinstituted; pro-

vided further that section 25.11 of the
arts and cultural affairs law, as added
by section one of this act, shall sur-
vive such repeal date. Provided,
however, the printing on tickets re-
quired pursuant to sections 25.07 and
25.08 of article 25 of the arts and
cultural affairs law, as added by this
act, shall not apply to tickets printed

prior to enactment of such article so
long as notice of the higher maximum
premium price and prohibition of
sales within one thousand five hun-
dred feet from the physical structure
of the place of entertainment, where
applicable, is prominently displayed
at the point of sale and at such place
of entertainment."

### Notes of Decisions

Validity 1

1. **Validity**

Maximum ticket price restrictions contained in anti-scalping statute are not unconstitutional. People v. Rosenblatt (1 Dept. 2000) 277 A.D.2d 61, 717 N.Y.S.2d 9. Public Amusement And Entertainment ⚖ 5

### § 25.03. Definitions

*[Eff. until May 16, 2011, pursuant to L.1991, c. 704, § 4. See also, § 25.03 in Art. 25 Theatre Tickets, ante.]*

As used in this article the term: 1. "Entertainment" means all forms of entertainment including, but not limited to, theatrical or operatic performances, concerts, motion pictures, all forms of entertainment at fair grounds, amusement parks and all types of athletic competitions including football, basketball, baseball, boxing, tennis, hockey, and any other sport, and all other forms of diversion, recreation or show.

2. "Established price" means the price fixed at the time of sale by the operator of any place of entertainment for admission thereto, which must be printed or endorsed on each ticket of admission.

3. "Final auction price" shall mean the price paid for a single ticket by a winning bidder. In the case of a single action price for a ticket package, including packages containing tickets to multiple events, the final auction price per ticket shall be established by evenly dividing a prorated share of the winning bid, which shall be determined by the seller, by the number of tickets to such event.

4. "Not-for-profit organization" means a domestic corporation incorporated pursuant to or otherwise subject to the not-for-profit corporation law, a charitable organization registered with the department of law, a religious corporation as defined in section sixty-six of the general construction law, a trustee as defined in section 8-1.4 of the estates, powers and trusts law, an institution or corporation formed pursuant to the education law, a special act corporation created pursuant to chapter four hundred sixty-eight of the laws of eighteen hundred ninety-nine, as amended, a special act corporation formed pursuant to chapter two hundred fifty-six of the laws of nineteen hundred seventeen, as amended, a corporation authorized pursuant to an act of congress approved January fifth, nineteen hundred five, (33 stat. 599), as amended, a corporation established by merger of charitable organizations pursuant to an order of the supreme court, New

York county dated July twenty-first, nineteen hundred eighty-six and filed in the department of state on July twenty-ninth, nineteen hundred eighty-six, or a corporation having tax exempt status under section 501(c)(3) of the United States Internal Revenue Code, and shall further be deemed to mean and include any federation of charitable organizations.

5. "Operator" means any person who owns, operates, or controls a place of entertainment or who promotes or produces an entertainment.

6. "Place of entertainment" means any privately or publicly owned and operated entertainment facility such as a theatre, stadium, arena, racetrack, museum, amusement park, or other place where performances, concerts, exhibits, athletic games or contests are held for which an entry fee is charged.

7. "Physical structure" means the place of entertainment, or in the case where a structure either partially or wholly surrounds the place of entertainment, such surrounding structure.

8. "Resale" means any sale of a ticket for entrance to a place of entertainment located within the boundaries of the state of New York other than a sale by the operator or the operator's agent who is expressly authorized to make first sales of such tickets. Resale shall include sales by any means, including in person, or by means of telephone, mail, delivery service, facsimile, internet, email or other electronic means, where the venue for which the ticket grants admission is located in New York state. Except as provided in sections 25.11 and 25.27 of this article, the term "resale" shall not apply to any person, firm or corporation which purchases any tickets solely for their own use or the use of their invitees, employees and agents or which purchases tickets on behalf of others and resells such tickets to such invitees, employees and agents or others at or less than the established price. Similarly, the term "resale" shall not apply to any not-for-profit organization, or person acting on behalf of such not-for-profit organization, as long as any profit realized from ticket reselling is wholly dedicated to the purposes of such not-for-profit organization.

9. "Ticket" means any evidence of the right of entry to any place of entertainment.

10. "Ticket office" means a building or other structure located other than at the place of entertainment, at which the operator or the operator's agent offers tickets for first sale to the public.

(Added L.1991, c. 704, § 1. Amended L.2001, c. 56, § 2, eff. June 8, 2001; L.2005, c. 106, §§ 1-a, 2, eff. June 14, 2005; L.2005, c. 134, § 1, eff. June 30, 2005; L.2007, c. 61, § 2, eff. May 31, 2007; L.2007, c. 374, §§ 1, 2, eff. July 18, 2007; L.2010, c. 151, § 1, eff. July 2, 2010.)

### Historical and Statutory Notes

**L.2010, c. 151 legislation**

L.2010, c. 151, § 11, provides:

"Notwithstanding the provisions of article 5 of the general construction law, if this act shall take effect after May 15, 2010, the provisions of article 25 of the arts and cultural affairs law, except section 25.11 are hereby revived and shall continue in full force and effect as they existed on May 15, 2010 through May 15, 2011, when