# EXHIBIT 4

# McKinney's
# CONSOLIDATED LAWS
# OF NEW YORK ANNOTATED

### Book 3B
### Arts and Cultural Affairs Law

## 2011
## Cumulative Pocket Part

Replacing prior pocket part supplementing
1984 main volume

Current Through the Laws of 2010, chapters 1 to 59 and
61 to 481 of the 233rd Legislative Session

**Includes Commentaries by**
**Elizabeth Block**

Weil, Gotshal & Manges LLP
DEC 28 2010
LIBRARY

**WEST**
A Thomson Reuters business

Mat #41087254                                                              14

## ARTICLE 25—TICKETS TO PLACES OF ENTERTAINMENT

[Eff. until May 16, 2011, pursuant to L.1991, c. 704, § 4. See also Art. 25 Theatre Tickets, ante.]

Section
25.01. Legislative findings.
25.03. Definitions.
25.05. Repealed.
25.07. Ticket prices.
25.08. Additional printing on tickets.
25.09. Ticket speculators.
25.11. Resales of tickets within buffer zone.
25.13. Licensing of ticket resellers.
25.15. Bond.
25.17. Supervision and regulation.
25.19. Posting of license or certificate.
25.21. Change of office location.
25.23. Posting of price lists; information to purchaser.
25.24. Automated ticket purchasing software.
25.25. Records of purchases and sales.
25.27. Commissions to employees of places of entertainment.
25.29. Unlawful charges in connection with tickets.
25.30. Operator prohibitions.
25.31. Suspension or revocation of licenses.
25.33. Private right of action.
25.35. Criminal penalties.

### Historical and Statutory Notes

**L.2010, c. 151 legislation**

L.2010, c. 151, § 11, provides:

"Notwithstanding the provisions of article 5 of the general construction law, if this act shall take effect after May 15, 2010, the provisions of article 25 of the arts and cultural affairs law, except section 25.11 are hereby revived and shall continue in full force and effect as they existed on May 15, 2010 through May 15, 2011, when upon such date such provisions shall expire and be deemed repealed."

**L.2007, c. 61 legislation**

L.2007, c. 61, § 19, as amended by L.2007, c. 374, § 12, eff. July 18, 2007, provides:

"This act shall take effect immediately, provided this chapter shall not take effect with respect to the issuance of licenses or certificates under this article by the secretary of state or department of state until January 1, 2008 and regulation under this article by the commissioners of licenses of the political subdivisions of the state shall continue through December 31, 2007, and provided further, that the amendments to article 25 of title G of the arts and cultural affairs law made by sections one through fifteen of this act shall not affect the repeal of such article and shall be deemed repealed therewith; and provided further that section seventeen of this act shall take effect upon the reversion of article 25 of title G of the arts and cultural affairs law pursuant to section 4 of chapter 704 of the laws of 1991, as amended."

**L.2005, c. 106 legislation**

L.2005, c. 106, § 11-a, added by L.2005, c. 134, § 6, eff. June 30, 2005, deemed eff. June 14, 2005, provides:

"Notwithstanding the provisions of article 5 of the general construction law, the provisions of article 25 of title G of the arts and cultural affairs law are hereby revived and shall continue in full force and effect as they existed on May 31, 2005 and shall be subject to the repeal and reversion of such article pursuant to chapter 704 of the laws of 1991, as amended."

**L.1991, c. 704 legislation**

L.1991, c. 704, § 4; amended L.1994, c. 319, § 1; L.1995, c. 114,

and provided further that the amendments to article 25 of title G of the arts and cultural affairs law, made by sections two, three, four, five and six of this act shall not affect the repeal of such article, as provided in section 4 of chapter 704 of the laws of 1991 and as amended by section seven of this act, and shall be deemed repealed therewith."

**L.1991, c. 704 legislation**

L.1991, c. 704, § 4, amended L.1994, c. 319, § 1; L.1995, c. 114, § 1; L.1996, c. 28, § 1; L.1997, c. 632, § 1, deemed eff. June 1, 1997; L.1998, c. 73, § 1, eff. June 1, 1998; L.1999, c. 60, § 1, eff. June 1, 1999; L.2000, c. 42, § 1, eff. June 1, 2000; L.2001, c. 48, § 1, eff. May 31, 2001, deemed eff. June 1, 2001; L.2001, c. 56, § 7, eff. June 8, 2001; L.2003, c. 68, § 1, eff. June 10, 2003; L.2005, c. 106, § 10, eff. June 14, 2005; L.2007, c. 61, § 1, eff. May 31, 2007; L.2007, c. 374, § 11, eff. July 18, 2007; L.2009, c. 68, § 2, eff. June 9, 2009, deemed eff. June 1, 2009; L.2010, c. 151, § 5, eff. July 2, 2010, provides:

"This act [adding Arts and Cultural Affairs Law article 25, set out second, repealing Arts and Cultural Affairs Law article 25, set out first, and amending McK. Unconsol. Laws § 8919] shall take effect on the sixtieth day after it shall have become a law [became law Aug. 2, 1991, eff. Oct. 1, 1991] provided, chapter 61 of the laws of 2007 shall not take effect with respect to the issuance of licenses or certificates under this article by the secretary of state or department of state until January 1, 2008 and regulation under this article by the commissioners of licenses of the political subdivisions of the state shall continue through December 31, 2007, and shall remain in full force and effect only until and including May 15, 2011 when such act shall be repealed and when, notwithstanding any other provision of law, the provisions of article 25 of title G of the arts and cultural affairs law, repealed by such act, shall be reinstituted; provided further that section 25.11 of the arts and cultural affairs law, as added by section one of this act, shall survive such repeal date. Provided, however, the printing on tickets required pursuant to sections 25.07 and 25.08 of article 25 of the arts and cultural affairs law, as added by this act, shall not apply to tickets printed prior to enactment of such article so long as notice of the higher maximum premium price and prohibition of sales within one thousand five hundred feet from the physical structure of the place of entertainment, where applicable, is prominently displayed at the point of sale and at such place of entertainment."

## § 25.09. Ticket speculators

*[Eff. until May 16, 2011, pursuant to L.1991, c. 704, § 4. See also, § 25.09 in Art. 25 Theatre Tickets, ante.]*

1. Any person who in violation of section 25.13 of this article unlawfully resells or offers to resell or solicits the purchase of any ticket to any place of entertainment shall be guilty of ticket speculation.

2. Any person, firm or corporation which in violation of section 25.13 of this article unlawfully resells, offers to resell, or purchases with the intent to resell five or more tickets to any place of entertainment shall be guilty of aggravated ticket speculation.

(Added L.1991, c. 704, § 1. Amended L.2007, c. 61, § 5, eff. May 31, 2009.)

Historic

**L.2010, c. 151 legislation**

L.2010, c. 151, § 11, provide

"Notwithstanding the provi article 5 of the general cons law, if this act shall take effe May 15, 2010, the provisions o 25 of the arts and cultural aff except section 25.11, are her vived and shall continue in f and effect as they existed on 2010 through May 15, 201 upon such date such provisio expire and be deemed repeale

**L.2007, c. 61 legislation**

L.2007, c. 61, § 19, as ame L.2007, c. 374, § 12, eff. July provides:

"This act shall take effect ately; provided this chapter s take effect with respect to t ance of licenses or certificate this article by the secretary or department of state until 1, 2008 and regulation under t cle by the commissioners of of the political subdivisions state shall continue through ber 31, 2007; and provided that the amendments to artic title G of the arts and cultura law made by sections one fifteen of this act shall not af repeal of such article and deemed repealed therewith; vided further that section se of this act shall take effect u reversion of article 25 of title arts and cultural affairs law p to section 4 of chapter 704 of of 1991, as amended.

**L.2005, c. 106 legislation**

L.2005, c. 106, § 11-a, ac L.2005, c. 134, § 6, eff. June deemed eff. June 14, 2005, p

"Notwithstanding the provi article 5 of the general cons law, the provisions of articl title G of the arts and cultura law are hereby revived and sl tinue in full force and effect existed on May 31, 2005 and subject to the repeal and reve