# EXHIBIT 7

C.3

# McKINNEY'S

# CONSOLIDATED LAWS

# OF NEW YORK ANNOTATED

**Book 3B**
**Arts and Cultural Affairs Law**

## 2011
## Cumulative Pocket Part

Replacing prior pocket part supplementing
1984 main volume

Current Through the Laws of 2010, chapters 1 to 59 and
61 to 481 of the 233rd Legislative Session

**Includes Commentaries by**
**Elizabeth Block**

Weil, Gotshal & Manges LLP
DEC 28 2010
LIBRARY

**WEST.**
A Thomson Reuters business

Mat #41087254                                               14

## ARTICLE 25—TICKETS TO PLACES OF ENTERTAINMENT

*[Eff. until May 16, 2011, pursuant to L.1991, c. 704, § 4. See also, Art. 25 Theatre Tickets, ante.]*

Section
25.01. Legislative findings.
25.03. Definitions.
25.05. Repealed.
25.07. Ticket prices.
25.08. Additional printing on tickets.
25.09. Ticket speculators.
25.11. Resales of tickets within buffer zone.
25.13. Licensing of ticket resellers.
25.15. Bond.
25.17. Supervision and regulation.
25.19. Posting of license or certificate.
25.21. Change of office location.
25.23. Posting of price lists; information to purchaser.
25.24. Automated ticket purchasing software.
25.25. Records of purchases and sales.
25.27. Commissions to employees of places of entertainment.
25.29. Unlawful charges in connection with tickets.
25.30. Operator prohibitions.
25.31. Suspension or revocation of licenses.
25.33. Private right of action.
25.35. Criminal penalties.

### Historical and Statutory Notes

**L.2010, c. 151 legislation**

L.2010, c. 151, § 11, provides:

"Notwithstanding the provisions of article 5 of the general construction law, if this act shall take effect after May 15, 2010, the provisions of article 25 of the arts and cultural affairs law, except section 25.11 are hereby revived and shall continue in full force and effect as they existed on May 15, 2010 through May 15, 2011, when upon such date such provisions shall expire and be deemed repealed."

**L.2007, c. 61 legislation**

L.2007, c. 61, § 19, as amended by L.2007, c. 374, § 12, eff. July 18, 2007, provides:

"This act shall take effect immediately, provided this chapter shall not take effect with respect to the issuance of licenses or certificates under this article by the secretary of state or department of state until January 1, 2008 and regulation under this article by the commissioners of licenses of the political subdivisions of the state shall continue through December 31, 2007, and provided further, that the amendments to article 25 of title G of the arts and cultural affairs law made by sections one through fifteen of this act shall not affect the repeal of such article and shall be deemed repealed therewith; and provided further that section seventeen of this act shall take effect upon the reversion of article 25 of title G of the arts and cultural affairs law pursuant to section 4 of chapter 704 of the laws of 1991, as amended."

**L.2005, c. 106 legislation**

L.2005, c. 106, § 11-a, added by L.2005, c. 134, § 6, eff. June 30, 2005, deemed eff. June 14, 2005, provides:

"Notwithstanding the provisions of article 5 of the general construction law, the provisions of article 25 of title G of the arts and cultural affairs law are hereby revived and shall continue in full force and effect as they existed on May 31, 2005 and shall be subject to the repeal and reversion of such article pursuant to chapter 704 of the laws of 1991, as amended."

**L.1991, c. 704 legislation**

L.1991, c. 704, § 4; amended L.1994, c. 319, § 1; L.1995, c. 114,

§ 1; L.1996, c. 28, § 1; L.1
632, § 1, deemed eff. June 1
L.1998, c. 73, § 1, eff. June
L.1999, c. 60, § 1, eff. June
L.2000, c. 42, § 1, eff. June
L.2001, c. 48, § 1, eff. May 3
deemed eff. June 1, 2001; L.
56, § 7, eff. June 8, 2001; L.
68, § 1, eff. June 10, 2003; L.
106, § 10, eff. June 14, 2005;
c. 61, § 1, eff. May 31, 2007;
c. 374, § 11, eff. July 18
L.2009, c. 68, § 2, eff. June
deemed eff. June 1, 2009; L.
151, § 5, eff. July 2, 2010, p

"This act [adding Arts and (
Affairs Law article 25, set out
repealing Arts and Cultural
Law article 25, set out fir
amending McK. Unconsol.
§ 8919] shall take effect on t
eth day after it shall have be
law [became law Aug. 2, '19
Oct. 1, 1991], provided, chapt
the laws of 2007 shall not tal
with respect to the issuance c
es or certificates under this a
the secretary of state or dep
of state until January 1, 2
regulation under this article

### § 25.01. Legislative fi

*[Eff. until May 16, See also, § 25.01 in A*

The legislature finds an
for admission to places of (
and subject to the super
political subdivisions of th
public against fraud, extor

The legislature further
and sell tickets to places
New York state often fror
ing to the provisions of t
claim that businesses dom
from this statute when sel
state, regardless of the
seller. It is the legisla
charged with enforcement
al of New York state have
persons reselling tickets t
extent of the state's powe
and that this article be con
(Added L.1991, c. 704, § 1.
L.2007, c. 61, § 1, eff. May 3

632, § 1, deemed eff. June 1, 1997; L.1998, c. 73, § 1, eff. June 1, 1998; L.1999, c. 60, § 1, eff. June 1, 1999; L.2000, c. 42, § 1, eff. June 1, 2000; L.2001, c. 48, § 1, eff. May 31, 2001, deemed eff. June 1, 2001; L.2001, c. 56, § 7, eff. June 8, 2001; L.2003, c. 68, § 1, eff. June 10, 2003; L.2005, c. 106, § 10, eff. June 14, 2005; L.2007, c. 61, § 1, eff. May 31, 2007; L.2007, c. 374, § 11, eff. July 18, 2007; L.2009, c. 68, § 2, eff. June 9, 2009, deemed eff. June 1, 2009; L.2010, c. 151, § 5, eff. July 2, 2010, provides:

"This act [adding Arts and Cultural Affairs Law article 25, set out second, repealing Arts and Cultural Affairs Law article 25, set out first; and amending McK. Unconsol. Laws § 8919] shall take effect on the sixtieth day after it shall have become a law [became law Aug. 2, 1991, eff. Oct. 1, 1991], provided, chapter 61 of the laws of 2007 shall not take effect with respect to the issuance of licenses or certificates under this article by the secretary of state or department of state until January 1, 2008 and regulation under this article by the commissioners of licenses of the political subdivisions of the state shall continue through December 31, 2007, and shall remain in full force and effect only until and including May 15, 2011 when such act shall be repealed, and when, notwithstanding any other provision of law, the provisions of article 25 of title G of the arts and cultural affairs law, repealed by such act, shall be reinstituted; provided further that section 25.11 of the arts and cultural affairs law, as added by section one of this act, shall survive such repeal date. Provided, however, the printing on tickets required pursuant to sections 25.07 and 25.08 of article 25 of the arts and cultural affairs law, as added by this act, shall not apply to tickets printed prior to enactment of such article so long as notice of the higher maximum premium price and prohibition of sales within one thousand five hundred feet from the physical structure of the place of entertainment, where applicable, is prominently displayed at the point of sale and at such place of entertainment."

### § 25.33. Private right of action

*[Repealed May 16, 2011, pursuant to L.1991, c. 704, § 4.]*

Notwithstanding any right of action granted to any governmental body pursuant to this chapter, any person who has been injured by reason of a violation of this article may bring an action in his or her own name to enjoin such unlawful act, an action to recover his or her actual damages or fifty dollars, whichever is greater, or both such actions. The court may award reasonable attorney's fees to a prevailing plaintiff.

(Added L.1991, c. 704, § 1.)

### Historical and Statutory Notes

**L.2010, c. 151 legislation**

L.2010, c. 151, § 11, provides:

"Notwithstanding the provisions of article 5 of the general construction law, if this act shall take effect after May 15, 2010, the provisions of article 25 of the arts and cultural affairs law, except section 25.11 are hereby revived and shall continue in full force and effect as they existed on May 15, 2010 through May 15, 2011, when upon such date such provisions shall expire and be deemed repealed."

**L.2007, c. 61 legislation**

L.2007, c. 61, § 19, as amended by L.2007, c. 374, § 12, eff. July 18, 2007, provides:

"This act shall take effect immediately, provided this chapter shall not take effect with respect to the issuance of licenses or certificates under this article by the secretary of state or department of state until January 1, 2008 and regulation under this article by the commissioners of licenses of the political subdivisions of the state shall continue through December 31, 2007, and provided further that the amendments to article 25 of title G of the arts and cultural affairs law made by sections one through fifteen of this act shall not affect the repeal of such article and shall be deemed repealed therewith; and provided further that section seventeen of this act shall take effect upon the reversion of article 25 of title G of the arts and cultural affairs law pursuant to section 4 of chapter 704 of the laws of 1991, as amended."

**L.2005, c. 106 legislation**

L.2005, c. 106, § 11-a, added by L.2005, c. 134, § 6, eff. June 30, 2005, deemed eff. June 14, 2005, provides:

"Notwithstanding the provisions of article 5 of the general construction law, the provisions of article 25 of title G of the arts and cultural affairs law are hereby revived and shall continue in full force and effect as they existed on May 31, 2005 and shall be subject to the repeal and reversion of such article pursuant to chapter 704 of the laws of 1991, as amended."

**L.1991, c. 704 legislation**

L.1991, c. 704, § 4; amended L.1994, c. 319, § 1; L.1995, c. 114, § 1; L.1996, c. 28, § 1; L.1997, c. 632, § 1, deemed eff. June 1, 1997; L.1998, c. 73, § 1, eff. June 1, 1998; L.1999, c. 60, § 1, eff. June 1, 1999; L.2000, c. 42, § 1, eff. June 1, 2000; L.2001, c. 48, § 1, eff. May 31, 2001, deemed eff. June 1, 2001; L.2001, c. 56, § 7, eff. June 8, 2001; L.2003, c. 68, § 1, eff. June 10, 2003; L.2005, c. 106, § 10, eff. June 14, 2005; L.2007, c. 61, § 1, eff. May 31, 2007; L.2007