# EXHIBIT 10

Case 1:10-cv-08310-JFK   Document 22-10   Filed 03/17/11   Page 1 of 3



More New York Yankees Events     All 2011 MLB Tickets

Tickets | Sports Tickets | Baseball Tickets | MLB Tickets | World Series Tickets | MLB All Star Game Tickets | MLB Playoff Tickets | MLB Team Schedules | MLB Matchups | Spring Training Tickets | College World Series Tickets

©2000-2011 StubHub, Inc. All rights reserved.
Use of this website signifies your agreement to the User Agreement and Privacy Policy

You are buying tickets from a third party; neither StubHub.com nor StubHub, Inc. is the ticket seller.
Ticket prices are set by sellers and may differ from face value. All sales are FINAL. All prices listed are in US dollars.

About us | Jobs | Press box | Notifications | Partners | Corporate accounts | Sitemap



TRUSTe
CLICK TO VERIFY