# EXHIBIT 11

Case 1:10-cv-08310-JFK   Document 22-11   Filed 03/17/11   Page 2 of 2





