# EXHIBIT 12

**StubHub!** Welcome  Sign out                          Customer Support

## Buy these tickets

**Ticket info**                              Place order at bottom of page    **FanProtect**™

**Minnesota Twins at New York Yankees Tickets**    Section: Grandstand Outfield 426    What does it mean for you? Security
Mon. 04/04/11  7:00 PM (EDT)                  Row: 9 | Seats: Not provided by seller    service, and our guarantee that your tickets
Yankee Stadium, Bronx, NY                                                               will be valid and arrive in time for the event
                                                                                        Read more



1. Delivery and contact information  [ Edit ]

2. Payment  [ Edit ]

3. Review and submit

Important: Your order is not complete until you click the 'Place order' button at the bottom of the page

Minnesota Twins at New York Yankees Tickets | Mon. 04/04/11, 7:00 PM (EDT) [ View details ]

**Delivery**  [ Edit ]

**Delivery method**                          **Delivery info for these tickets**
Electronic ($4.95 – available for
download by 03/29/2011)                      • The delivery date provided is based on when the seller expects to
                                               receive the tickets
**Tickets will be used by:**
                                             • When your tickets are ready, we'll send you an email with
                                               instructions on how to download and print them from My Account

**Payment**  [ Edit ]

**Credit/debit card**                        **Billing name and address**
MasterCard **********
Expires:

**Your discounts**                           **Pricing details**

Select a Fan code below to apply your discount
                                             2 tickets x $11.99         $23.98
☐                                            Delivery                   $4.95
I want to add a new FanCode or gift certificate code  What's this?   (Electronic)
                                             Service fee               $5.00

                                             Total                     **$33.93 USD**    

☑ Send me special offers from Yankees.com and mlb.com

**Acknowledgment**

By clicking 'Place Order', I agree to the StubHub User Agreement and acknowledge that:

• I may be ordering tickets above face value and cannot cancel or change my order once I place it
• StubHub is not responsible for partial performances or venue, date, or time changes
• My data will be shared with Yankees.com and mlb.com. StubHub's co-brand partners, and will be subject to their
  Privacy Policy

           Your order is not complete until you click this button    

                                                                  [ Cancel ]

Tickets | Sports Tickets | Baseball Tickets | MLB Tickets | World Series Tickets | MLB All Star Game Tickets | MLB Playoff Tickets | Spring Training Tickets | College World Series Tickets

©2000-2011 Stubhub, Inc. All rights reserved.
Use of this website signifies your agreement to the User Agreement and Privacy Policy.

You are buying tickets from a third party; neither StubHub.com nor StubHub, Inc. is the ticket seller.
Ticket prices are set by sellers and may differ from face value. All sales are FINAL. All prices listed are in US dollars.

About us | Jobs | Press box | Notifications | Partners | Corporate accounts | Site map

TRUSTe
CLICK TO VERIFY