# EXHIBIT 13



Welcome, Sign in or Register

Buy | Sell | My Account | Customer Support

  

New York Metro, NY  Change location

Enter: Team, artist, event, venue      All Categories

## How StubHub works

1. Sellers set their price and list their tickets on StubHub
2. You choose the event and seats you want
3. Order and receive your tickets with our FanProtect™ Guarantee

**Get Started**

### Important to know

We're a marketplace – which means we're not selling any of the tickets listed on our site. Instead, tickets are listed and priced by other fans. Once you place your order, we coordinate delivery and payment – so you know you'll get your tickets in time.

### Take advantage of price alerts



Can't find the tickets you want? Set a **price alert**. Tell us what you're looking for; we'll contact you if they become available, so you never miss out.

When you buy tickets on StubHub, we assure your tickets will be authentic and delivered in time for your event.

Learn More

## Buyer Q and A

Cancelled and contingent events

Do the listed ticket prices differ from face value?

Most likely, yes. Because the seller determines the price of tickets in each listing, the listed price may differ from the face value printed on the ticket. Keep in mind, to decide on a sale price, the seller must consider the original cost of acquiring the tickets, which may include convenience fees, delivery charges, acquisition rights, and a variety of other expenses.

When you buy tickets on StubHub, you may be paying more than face value or you may be paying less. Ultimately, supply and demand dictate successful sale prices. In the case of popular events, with many potential buyers and few sellers, demand will drive prices up. On the other hand, tickets for an event with many sellers and few buyers will often sell below face value.

It is the seller's responsibility to abide by the StubHub User Agreement and list tickets in accordance with all applicable local, state, federal, and international laws, statutes, and regulations. However, sellers are free to ask any price for their tickets and StubHub does not attempt to regulate sellers' ticket prices.

If you are concerned about paying more than face value for tickets, StubHub recommends checking an event's ticket prices with the venue **before** placing an order. When comparing prices, keep in mind the event's popularity and ticket availability, as well as the various expenses sellers might incur to obtain the tickets.

For more information, please read our User Agreement.

Downloading and printing e-tickets

Where do these tickets come from?

Why isn't my name printed on these tickets?

**Read all Buyer Q and A**

### What Fans are saying

Thanks for letting me be a season ticket holder no matter where I go.

*Mike, CO*

**Share your story**

Tickets | Concert Tickets | Sports Tickets | Theater Tickets | Broadway Tickets | Football Tickets | Basketball Tickets | Hockey Tickets
Baseball Tickets | Soccer Tickets

©2000-2011 StubHub, Inc. All rights reserved.
Use of this website signifies your agreement to the User Agreement and Privacy Policy.

You are buying tickets from a third party; neither StubHub.com nor StubHub, Inc. is the ticket seller.
Ticket prices are set by sellers and may differ from face value. All sales are FINAL. All prices listed are in US dollars.

About us | Jobs | Press box | Notifications | Partners | Corporate accounts | Sitemap

TRUSTe CLICK TO VERIFY