# EXHIBIT 14



Welcome, Sign in or Register     Buy | Sell | My Account | Customer Support

Sports    Concerts    Theater      New York Metro, NY  Change location


Enter: Team, artist, venue, event    All Categories

## How StubHub works



1. Sellers set their price and list their tickets on StubHub
2. You choose the event and seats you want
3. Order and receive your tickets with our FanProtect™ Guarantee

Get Started

**Important to know**
We're a marketplace – which means we're not selling any of the tickets listed on our site. Instead, tickets are listed and priced by other fans. Once you place your order, we coordinate delivery and payment – so you know you'll get your tickets in time.

### Take advantage of price alerts



Can't find the tickets you want? Set a **price alert**. Tell us what you're looking for; we'll contact you if they become available, so you never miss out.

When you buy tickets on StubHub, we assure your tickets will be authentic and delivered in time for your event.

Learn More

### Buyer Q and A

Cancelled and contingent events
Do the listed ticket prices differ from face value?
Downloading and printing e-tickets
**Where do these tickets come from?**

StubHub is not a ticket broker and we don't own the tickets you purchase on our site. We started StubHub to provide an active marketplace where fans can gather to buy and sell tickets.

The price of tickets in a listing is determined by each individual seller. We're an open marketplace, which allows you to choose from the widest possible selection of tickets.

**Who are the sellers?**
Among the fans selling tickets on StubHub are:
season ticket holders who cannot attend every game,
licensed ticket brokers,
ticket holders who have changed their plans,
ticket holders who are unable to attend an event,
ticket holders with extra tickets to sell.
Sellers may be individuals, businesses, ticket brokers, corporate sponsors, promoters, fan club members, contest winners, or just about anyone who wishes to see their tickets end up in the hands of another fan.

**Are there any guarantees?**
Yes! Once your order is confirmed by the seller, we guarantee your tickets will be authentic and arrive in time for the event. To learn more, read about our FanProtect™ Guarantee.

Why isn't my name printed on these tickets?
**Read all Buyer Q and A**

### What Fans are saying

A sold out show that my wife and I just had to see. You guys made it happen.

*Michael, NY*

Share your story


Tickets | Concert Tickets | Sports Tickets | Theater Tickets | Broadway Tickets | Football Tickets | Basketball Tickets | Hockey Tickets
Baseball Tickets | Soccer Tickets

©2000-2011 StubHub, Inc. All rights reserved.
Use of this website signifies your agreement to the User Agreement and Privacy Policy.

You are buying tickets from a third party; neither StubHub.com nor StubHub, Inc. is the ticket seller.
Ticket prices are set by sellers and may differ from face value. All sales are FINAL. All prices listed are in US dollars.




TRUSTe
CLICK TO VERIFY

About us | Jobs | Press box | Notifications | Partners | Corporate accounts | Sitemap

http://www.stubhub.com/how-stubhub-works/                                                            1/25/2011