# EXHIBIT 15

# StubHub!

Welcome Sign in or Register | Buy | Sell | My Account | Customer S

Sports | Concerts | Theater

[Enter Team, artist, event, venue] | All Categories

Home > Customer Support

## Customer Support

**Topics** | **Contact Us**

**Search** **Browse**

Ask a question or type a few words to find answers

Buyer [Ask]

### Search results for "Buyer"

- Listing tickets for Instant Download
- Listing electronic tickets
- Listing with Last Minute Services (LMS)
- Listing parking passes and other non-event passes
- Last Minute Services (LMS) Q and A
- Shipping tickets by FedEx delivery
- Splitting PDF files
- **Tips for smart ticket buying**

Here are some tips that can help you find the right tickets at the right price

- **Learn how StubHub provides a safe marketplace and what you are guaranteed.** If you're new to buying tickets on StubHub, be sure to read about the basics of buying and our FanProtect™ Guarantee.
- **Use our buying tools to find the right tickets.** If you're on a budget or need a specific number of tickets, use the price slider and the quantity drop-down menu on the 'Find tickets' page to see only available tickets within a specific price range and for a specific quantity. To find tickets in a particular location or with specific features, you can filter by zone and ticket feature (electronic delivery, aisle seat, and exclude obstructed view).
- **Research ticket prices before you buy.** Compare tickets to see differences in price, location, quantity, and delivery method. Just select up to 5 tickets you'd like to compare and click the 'Compare' button. You can also use our **interactive venue maps** to browse for tickets, see the range of ticket prices, and limit your search results by section or zone.
- **Set price alerts.** We'll notify you by email when tickets matching your price and quantity become available for a specific event. Learn more
- **Consider timing when evaluating a ticket price.** As the event gets closer, we'll let know how much time you have to order before a listing expires. Ticket prices on StubHub reflect the market value, not the face value (the price printed on the ticket) of the ticket. Sellers set the price and can change it any time to stay competitive.
- **Save money on delivery fees by ordering tickets with electronic delivery.** Electronic delivery fees are less than $5 (compared to $11.95-$24.95 for FedEx delivery). When viewing a list of tickets for an event, you'll see a check mark in the 'Electronic delivery' column for e-tickets that you can print yourself. For **Instant Download** tickets, you'll see a check mark and the words 'Instant Download' in the 'Electronic delivery' column. Read about receiving tickets electronically.

If this is your first time buying on StubHub

Page 6 of 6 | Previous 1|2|3|4|5|6 Next | Go to page [Go]

**Helpful links**

Request Last M
Services (LMS)
Request an ev

How StubHub
Last Minute Se
Centers
FanProtect™ (
User Agreeme
Privacy Policy

---

Tickets | Concert Tickets | Sports Tickets | Theater Tickets | Broadway Tickets | Football Tickets | Basketball Tickets | Hockey Tickets
Baseball Tickets | Soccer Tickets

2000-2011 StubHub, Inc. All rights reserved
Use of this website signifies your agreement to the User Agreement and Privacy Policy

You are buying tickets from a third party; neither StubHub.com nor StubHub, Inc. is the ticket seller.
Ticket prices are set by sellers and may differ from face value. All sales are FINAL. All prices listed are in US dollars.

About us | Jobs | Press box | Notifications | Partners | Corporate accounts | Sitemap



- and the words 'Instant Download' in the 'Electronic delivery' column. Read about **receiving tickets electronically**
- **Check your email for your order status.** We'll send you notification emails with the status of your order, instructions, and next steps, so make sure we have an email address you check regularly. You can also check the status of your orders by going to 'My Account'. Read about **changing your account information** and **viewing your order status**
- **Check your tickets.** Check your tickets as soon as you receive them to make sure you have the correct tickets. If you think you received the wrong tickets, contact us right away with the order number. Check out our **Buyer's event planning checklist**
- **Give StubHub gift certificates.** Tickets make great gifts, and StubHub gift certificates don't expire (and fit nicely in a holiday or birthday card). See how to **buy StubHub gift certificates**

Related topics
Viewing ticket details
Setting price alerts