# EXHIBIT 16

# StubHub!

Welcome  Sign in  or  Register                                    Buy | Sell | My Account | Customer S

Sports    Concerts    Theater

[Enter Team, artist, event, venue]    All Categories

Home > Customer Support

## Customer Support

**Topics**    Contact Us

**Search**   Browse

Ask a question or type a few words to find answers

Buyer                                    [Ask]

### Search results for "Buyer"

- Listing tickets for Instant Download
- Listing electronic tickets
- Listing with Last Minute Services (LMS)
- Listing parking passes and other non-event passes
- Last Minute Services (LMS) Q and A
- Shipping tickets by FedEx delivery
- Splitting PDF files
- Tips for smart ticket buying
- If this is your first time buying on StubHub

**Welcome to StubHub!**

Here are some steps to help you quickly and easily find and buy tickets on StubHub. You can search and browse for tickets without a StubHub account, but you'll need to create one to order tickets. There are no fees for opening an account, and your information will remain confidential. Read about how to create an account

**Basic steps for buying tickets**

1. Find the event you want to attend. You can search by artist, event, or venue, or browse the different event categories
2. Look through the list of tickets available and select the set you want. To find tickets that fit your needs
    - Use the price slider and the quantity drop-down menu to see only available tickets within a specific price range and for a specific quantity
    - Click sections on our StubHub maps to see available tickets in specific sections. **Note:** Not all maps are interactive
    - Filter by zone and ticket features (electronic delivery, aisle seat, and exclude obstructed view)
    - Sort tickets by price, section, row, electronic delivery, and quantity available by clicking the corresponding column names
    - Compare tickets to see differences in price, location, quantity, and delivery method
3. Once you find a set of tickets you like, or to see more info, click 'See details'. On the 'Ticket details' page, you'll find more information about the tickets (including delivery info and - for FedEx and electronic delivery tickets - the expected delivery date) and can change the ticket quantity (if other quantities are available), select a different delivery method (if available), and review the seller's comments in the What the seller has to say section

Page 6 of 6                    Previous  1|2|3|4|5|6  Next            Go to page  [Go]

**Helpful links**

Request Last M
Services (LMS
Request an ev

How StubHub
Last Minute Se
Centers
FanProtect™ G
User Agreeme
Privacy Policy

---

Tickets | Concert Tickets | Sports Tickets | Theater Tickets | Broadway Tickets | Football Tickets | Basketball Tickets | Hockey Tickets
Baseball Tickets | Soccer Tickets

©2000-2011 StubHub, Inc. All rights reserved
Use of this website signifies your agreement to the User Agreement and Privacy Policy

You are buying tickets from a third party; neither StubHub.com nor StubHub, Inc. is the ticket seller.
Ticket prices are set by sellers and may differ from face value. All sales are FINAL. All prices listed are in US dollars.

About us | Jobs | Press box | Notifications | Partners | Corporate accounts | Sitemap



3. and review the seller's comments in the 'What the seller has to say' section.
4. When you're ready to order these tickets, just click the 'Next' button to get started. You'll provide your delivery and payment info next, and after you've carefully reviewed everything, click the 'Place order' button.
5. Once you place your order, the next steps will depend on whole your tickets will be delivered:

    **Instant Download** orders: When you place your order, we'll charge your card or PayPal account and you'll get your electronic tickets within minutes. You don't need to wait for the seller to confirm your order. When your tickets are ready, we'll send you an email with instructions for downloading and printing them. Just download and print your tickets and take them with you to the event.

    For all other orders: When you place your order, we authorize (but do not charge) your credit card, debit card, or PayPal account, and the seller has 48 hours to confirm and agree to fulfill your order. As soon as the seller confirms your order, we'll send you an email with an expected delivery date, or (if you'll be picking the tickets up) the time and place your tickets will be available for pickup. At this time, your account is charged and your purchase is covered by our FanProtect™ Guarantee.

### Basic concepts about buying tickets on StubHub
Learning how StubHub works will help you understand the buying process, avoid problems, and become a successful buyer.

**Ticket sources and prices**

### Ticket sources and prices

- Unlike other ticket websites, StubHub does not own the tickets you order. Sellers can be individual fans, businesses, or ticket brokers 
- Ticket prices reflect market value not face value. Sellers set the prices and can change prices anytime to stay competitive
- The total amount of your ticket order will include StubHub's service and delivery fees

### Ordering tickets

- Because you're buying from another fan, you may be ordering tickets priced above face value. We are not responsible for partial performances or venue, date, or time changes. As part of our FanProtect™ Guarantee to sellers, once you place your order, you can't cancel or change it 
- When an event is cancelled or a contingent event is not played, we'll send you an email with information about your refund. To receive your refund, you may need to return your tickets.
- With the exception of **Instant Download**, tickets are not guaranteed until the seller confirms the order. When the seller confirms delivery, we'll send you an email to let you know when to expect your tickets.
- If the seller didn't provide specific seat numbers, you'll see 'Not provided by seller' on the 'Ticket details' page. Don't worry - we guarantee that all seats you purchase from a single listing will be together, unless you see 'piggyback seats' - which are seats directly behind one another - noted in the 'What the seller has to say' section.

Getting your tickets

- For each ticket listing, we'll show you the delivery options available: FedEx, electronic delivery, or pickup. No matter which delivery method is available, we guarantee you'll get your tickets in time for the event.
- Your tickets may not be delivered immediately after you place an order. Sellers have 48 hours to confirm most orders, so next-day delivery does not necessarily mean you'll get your tickets the day after you order them.

    **Note:** In some cases, a seller will not be able to deliver tickets immediately after you place your order. For example, season ticket holders may list their tickets several months before the team distributes them for the season (usually a few weeks before the season opens). For FedEx and electronic delivery tickets, we provide an estimated delivery date based on the delivery method and when the seller expects to receive the tickets on the 'Ticket details' page. When a seller confirms your order but cannot deliver the tickets right away, we'll email you the expected delivery date. Remember, we guarantee you'll get your tickets in time for the event.

- **As soon as you get your tickets**, check to make sure you got what you ordered. If you think you received the wrong tickets, contact us right away with the order number. The sooner you let us know, the easier it will be to correct. Keep in mind, times of events can change and may be different than printed on your tickets, so it's a good idea to verify start times with the venue.

**StubHub's role**

You could think of us as an event coordinator, making sure everything goes smoothly between you and the seller. In the rare instance that something doesn't go smoothly, we're here to help.

Please contact us right away if:

- Your tickets don't arrive by the expected delivery date we emailed to you
- You think you received the wrong tickets
- You do not receive our order confirmation email within 48 hours of placing your order

To phone or email us, click the 'Contact us' link at the top of most the StubHub.com web pages. On the Help page, click the 'Contact us' tab.

**Important:** We are not responsible for partial performances or venue, date, or time changes. However, for all orders confirmed by the seller has confirmed, we guarantee your tickets will be authentic and arrive in time for the event. To learn more, read our **Fan*Protect*™ Guarantee**

Now that you know the basics, you are ready to read **Tips for smart buying**.