# • This is your ticket •

| SECTION | ROW | SEAT |
|---|---|---|
| 135 | 13 | 14 |

EVENT
2010 American League Championship Series Home Game 2
DAY DATE TIME TBD

## Yankee Stadium Tours

**Tour the home of the 27 time World Champion Yankees**

**Buy today at**

**yankees.com**™

## TRANSACTION DETAILS

Name: SANDY KOSTAS
Confirmation Number: 8-37339 NY5
Ticket Price: 205.00
Event Information:

| | | | |
|---|---|---|---|
| YSLG02 | 135 13 14 | ADULT | EYSLG02 |
| 211.00 | FIELD SEC 135 | | |
| 7.00 | | | CN 03668 |
| 135 | NEW YORK YANKEES | | 135 |
| AM 61X | VS TBD | | 61X |
| 13 14 | 2010 ALCS HOME GAME 2 | | 13 |
| ZIP479A | YANKEE STADIUM | | A 211.00 |
| 11OCT10 | DAY DATE TIME TBD | | 14 |

This is your ticket. Present this entire page at the event.

**yankees.com**™

**is your one-stop shop for Yankees tickets.**

**LOG ON TODAY**

TIME, OPPONENT, DATE AND CLUB ROSTERS, INCLUDING THE NEW YORK YANKEES' ROSTER, ARE SUBJECT TO CHANGE. NO REENTRY. NO REFUNDS EXCEPT AS PROVIDED FOR HEREIN. IMPORTANT: THIS IS A REVOCABLE LICENSE. USER ACCEPTS RISK OF INJURY by use of this ticket, the ticket holder agrees that: (a) he or she shall not transmit or aid in transmitting any information about the game at Yankee Stadium (the "Stadium") to which this ticket grants admission (the "Game") including, but not limited to, any account, description, picture, video, audio reproduction or other information concerning the Game (collectively the "Game Information"); (b) the Office of the Commissioner of Baseball or Major League Baseball Properties, Inc., as applicable, is the exclusive owner of all copyrights and other proprietary rights in the Game and the Game Information; and (c) the Office of the Commissioner of Baseball, Major League Baseball Properties, Inc., Major League Baseball Enterprises, Inc., Major League Baseball Advanced Media, L.P. ("MLBAM"), Major League Baseball Advanced Media, Inc., The MLB Network, LLC, the Major League Baseball Clubs, and each of their respective agents, players, officers, employees and owners (collectively the "MLB Entities") and certain sponsors and licensees of such MLB Entities shall have the unrestricted right and license to use his or her image, likeness, name, voice, comments or other proprietary or public rights and that of any minor accompanying ticket holder in any broadcast, telecast, photograph, video, audio sound, audiovisual and/or other recording taken in connection with the Game, including all pre-Game and post-Game events and activities, or other transmission or reproduction in whole or in part of the Game, for all purposes, worldwide, in perpetuity, and in any and all media now or hereafter known, without compensation. The rights granted herein to the MLB Entities are assignable. The Office of the Commissioner of Baseball reserves the right to terminate the license granted by this ticket, with or without cause, by tendering to the ticket holder the purchase price printed on this ticket. The Office of the Commissioner and the New York Yankees (the "Yankees") each reserves the right in its sole and absolute discretion, without refund of any portion of the purchase price, to revoke the license granted by this ticket and refuse admission or eject any person: (a) who appears intoxicated; (b) whose conduct is deemed by the Office of the Commissioner of Baseball or the Yankees to be improper, disorderly or unbecoming; or (c) who uses language that is deemed by the Office of the Commissioner of Baseball or the Yankees as vulgar or abusive. Ticket holder assumes all risk associated with the purchase of this ticket from anyone other than the Office of the Commissioner of Baseball or its designated agents. This ticket may not be used for advertising, promotion (including contests and sweepstakes) or other trade or commercial purposes without the express written consent of the Office of the Commissioner of Baseball. No offer to sell or resell this ticket is permitted: (i) via the Internet or any other interactive media, except through the Official Website of Major League Baseball (www.mlb.com) or another website operated by MLBAM, without the prior written consent of MLBAM, and (ii) to the extent prohibited by any applicable federal, state or local law or regulation including, but not limited to, NY CLB Art & Cult Affr § 25 et seq., which states in part that this ticket may not be resold within one thousand five hundred feet from the physical structure of this place of entertainment under penalty of law (as those terms are defined under New York law). Any such resale will invalidate the license granted by this ticket, and persons who sell or offer this ticket for resale at any price on the premises will be removed from the premises and prosecuted. WAIVER AND RELEASE OF LIABILITY Ticket holder recognizes that his or her attendance at the Game is voluntary and may result in personal injury or property damage. By use of this ticket and attendance at the Game, the ticket holder acknowledges and assumes all risks and dangers incidental to the Game and the sport of baseball (including all warm-ups, practices and competitions associated therewith), whether such risk or danger occurs prior to, during or subsequent thereto, including specifically (but not exclusively) the danger of being injured by thrown bats, or fragments thereof, and thrown or batted balls, thrown, dropped or launched items or projectiles, other hazards or distractions and any incidents or accidents associated with crowds of people and agrees that the MLB Entities, Major League Baseball licensees, sponsors, vendors and all of their successors and assigns, all other Major League Baseball related entities, the Stadium and the owner thereof, and all employees, partners, members, directors, officers, agents, representatives and independent contractors of such entities (collectively the "Entities"), shall not be responsible for any personal injury, property damage or other loss suffered as a result of participation in or attendance at the Game and/or resulting from the negligence of the Entities. Ticket holder further releases the Entities from and against any and all claims that ticket holder or any minor(s) accompanying ticket holder has or may have for invasion of privacy, defamation, violation of any right of publicity or any other cause of action arising out of production, reproduction, distribution, transmission, publication, public performance, broadcast or exhibition of advertisements, promotions, content, programs and/or materials in which recordings and photographs of ticket holder or any minor(s) accompanying ticket holder from the Game, whether such recordings and photographs are captured prior to, during or subsequent thereto, appear

(c) 2010 Ticketmaster. All rights reserved.

BY ATTENDING THIS GAME, TICKET HOLDER IS DEEMED TO HAVE GIVEN A FULL RELEASE OF LIABILITY TO THE ENTITIES TO THE FULLEST EXTENT PERMITTED BY LAW. IF THE TICKET HOLDER IS A PARENT OR GUARDIAN ACCOMPANYING A MINOR OR MINORS TO THE GAME, BY ALLOWING THE MINOR(S) TO ATTEND THE GAME WITH THE TICKET HOLDER, THE TICKET HOLDER IS DEEMED TO HAVE GIVEN ALL OF THE FOREGOING GRANTS OF RIGHTS, RELEASES AND WAIVERS ON BEHALF OF SUCH MINOR(S). IF THE TICKET HOLDER DOES NOT WISH TO OR IS NOT AUTHORIZED TO GRANT SUCH RIGHTS, RELEASES AND WAIVERS ON BEHALF OF THE ACCOMPANIED MINOR(S), THE TICKET HOLDER SHOULD IMMEDIATELY ACCOMPANY THE MINOR(S) OUT OF THE STADIUM. SECURITY POLICY ALL PERSONS SPECIFICALLY CONSENT TO AND ARE SUBJECT TO METAL DETECTOR AND PHYSICAL PAT-DOWN INSPECTIONS PRIOR TO ENTRY INTO THE STADIUM. ANY PERSON OR PROPERTY THAT COULD AFFECT THE SAFETY OF STADIUM OCCUPANTS/PROPERTY SHALL BE DENIED ENTRY. Only soft-sided bags no larger than 16" x 16" x 8" will be permitted in the Stadium. Briefcases, coolers and hard-sided bags/containers shall not be permitted into the Stadium. No items will be stored at the Stadium. All permitted items will be inspected. Additional Entry Guidelines are posted at Stadium entrances. Only authorized vehicles and vehicles dropping off or picking up disabled guests will be permitted curbside at the Stadium. No other vehicles are permitted curbside for any reason. Please make sure you have everything you need with you before entering the Stadium. No reentry permitted. The Yankees reserve the right to change its security policy without prior notice. RAIN CHECK NOTICE Retain possession of this RAIN CHECK and attached coupon until the Game has been played. The RAIN CHECK and coupon are good only for this particular Game. Should the Game not be played or not progress to or beyond a point of play constituting a regulation game under the Official Baseball Rule 4.10 after the ticket holder has been admitted to the Stadium, this RAIN CHECK with the coupon attached will admit the ticket holder to a Game on such rescheduled date or dates, if any, as may be announced in the sole discretion of the Office of the Commissioner of Baseball. No part of the purchase price will be refunded by reason of the failure of the ticket holder to use this RAIN CHECK and attached coupon on such rescheduled or resumed date or dates. In the event that any Game is not played to completion, as defined by the Office of the Commissioner of Baseball, or is rescheduled, the ticket that bears that Game number (i.e., American League Division Series Home Game 1, Home Game 2 and Home Game 3, American League Championship Series Home Game 1, Home Game 2, Home Game 3 and Home Game 4, or World Series Game 3, Game 4 or Game 5) is to be used for the next Game scheduled to be played at the Stadium. RAIN CHECK POLICY FOR TICKETS PURCHASED VIA STUBHUB: For any ticket purchased via StubHub, please refer to the StubHub.com user help section for details pertaining to postponed, rescheduled or cancelled events. The Yankees and all other MLB Entities are not responsible for and will not provide any refunds or exchanges of any ticket purchased via StubHub. Any questions regarding any ticket purchased via StubHub for a postponed, rescheduled or cancelled event should be directed to StubHub Customer Service at customerservice@stubhub.com. REFUND POLICY FOR UNPLAYED GAMES In the event that the series for which this ticket is issued concludes before the scheduled date of the Game, a refund will be issued according to procedures and policies that the Office of the Commissioner of Baseball may announce in its sole discretion and as shall be set forth at www.worldseries.com. GENERAL INFORMATION 1. Be advised that the Yankees reserve the right to take appropriate action against individuals who fraudulently obtain tickets for wheelchair and companion seats including, without limitation, ejection and legal action. 2. The Yankees make no representations or warranties concerning, without limitation, the condition of the Stadium or its suitability for any particular purpose and the holder of this ticket accepts the Stadium "AS IS." 3. THE VALIDITY, CONSTRUCTION AND ENFORCEABILITY OF THIS LICENSE SHALL BE GOVERNED BY THE INTERNAL LAWS OF THE STATE OF NEW YORK, WITHOUT GIVING EFFECT TO CONFLICT OF LAWS PRINCIPLES THEREOF. THE EXCLUSIVE VENUE FOR ANY DISPUTES ARISING OUT OF THE LICENSE OR TICKET SHALL BE THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK OR THE SUPREME COURT OF THE STATE OF NEW YORK SITTING IN BRONX COUNTY. Allan H. "Bud" Selig Commissioner of Baseball © 2010 Office of the Commissioner of Baseball. All rights reserved. Please carefully review your ticket(s) prior to separation. Improperly torn tickets will not be replaced. New York Yankees (the "Yankees") Postseason Refund/Credit Instructions for an unplayed game scheduled to be played at Yankee Stadium (i.e., a Postseason game that is scheduled to be played but is not played because the applicable Postseason series concludes prior to the game indicated on the face of this ticket, each an "Unplayed Game" and, collectively, the Unplayed Games"). In the event the game indicated on the face of this ticket is an Unplayed Game, the established price of this ticket will be either credited to the Ticket Licensee (the "Licensee") of record or refunded to the Licensee based on the following criteria: REFUND/CREDIT INSTRUCTIONS FOR AN UNPLAYED GAME LICENSEES The amount paid for tickets for Unplayed Games will be AUTOMATICALLY APPLIED to the Licensee's Ticket Account for the 2011 season unless the Licensee does not renew his/her Ticket License for the 2011 Season prior to the processing of the refund or the Licensee elects the Refund Option set forth on the front of the Postseason invoice. REFUNDS WILL BE ISSUED ONLY TO THE LICENSEE OF RECORD VIA THE SAME METHOD AS THE POSTSEASON PAYMENT WAS MADE BY THE LICENSEE. DO NOT return tickets for Unplayed Games to the Yankees - these tickets have no cash value. Please allow 4-6 weeks for refund processing. MLB AND BROADCAST PARTNERS TICKETS ONLY: Tickets issued through MLB's office and through MLB's broadcast partners' offices - marked "MLB" on the front of the ticket - will receive an automatic credit from MLB for any Unplayed Games; such tickets SHOULD NOT be returned to the Yankees and have no cash value. PARTICIPATING AND NON-PARTICIPATING MAJOR LEAGUE CLUBS ONLY: Tickets issued through any of the participating or non-participating Major League Clubs, other than the Yankees - marked "CLUBS" on the front of the ticket - will receive an automatic credit from the Major League Club that issued the tickets; such tickets SHOULD NOT be returned to the Yankees and have no cash value. YANKEE STADIUM BOX OFFICE PURCHASES: Ticket holders who purchased individual game tickets at the Yankee Stadium Box Office may present the entire ticket for the Unplayed Game at the Yankee Stadium Box Office, during normal business hours (Monday through Friday, 9:00 AM - 5:00 PM) until Friday, November 19, 2010 for a full refund (including the handling fee) via the same method by which such ticket was purchased. After November 19, 2010, please follow the mailing instructions listed below. If returning by mail, please include the entire ticket along with your name, address, email address (if available) and daytime telephone number to: New York Yankees, Yankee Stadium Ticket Office, One East 161st Street, Bronx, New York 10451. TICKETS MUST BE RECEIVED WITHIN ONE YEAR FOLLOWING THE DATE ON WHICH THE UNPLAYED GAME WAS SCHEDULED TO BE PLAYED. Tickets must be returned by Certified Mail, Return Receipt Requested or express mail with a tracking capability. The Yankees are not responsible for tickets mailed to Yankee Stadium and not received unless proof of receipt by the Yankees can be provided. Please allow 4-6 weeks for refund processing. TICKETMASTER TELEPHONE AND INTERNET PURCHASES: Ticketholders who purchased tickets through Ticketmaster, over the telephone or via the Internet, will receive a refund from Ticketmaster issued as a credit to the credit card used for the original ticket purchase. The actual ticket will have no cash value. STUBHUB PURCHASES: For any ticket for an UNPLAYED GAME purchased via StubHub, please refer to the StubHub.com user help section for details. The Yankees are not responsible for and will not provide any refunds or exchanges of any ticket purchased via StubHub. Any questions regarding tickets purchased via StubHub should be directed to StubHub Customer Service at customerservice@stubhub.com. NOTICE: All persons specifically consent to and are subject to metal detector and physical pat-down inspections prior to entry. Any person or property that could affect the safety of Stadium occupants/property shall be denied entry. WARNING: During all batting practices, fielding practices, warm-ups and the course of the Game experience, hard hit baseballs and bats and fragments thereof may be thrown or hit into the stands, concourses and concessions areas. For everyone's safety, please stay alert and be aware of your surroundings. Any guest who is concerned with his or her seat location should contact any guest services representative for an alternate seat location. Please do not hesitate to contact the Yankees Ticket Office at (718) 293-6000 or via the Internet at tickets@yankees.com, if you have any questions.

## Important Instructions:

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket may prevent your admittance to the event.

EYSLG02 Section: 135 Row: 13 Seat:14

8066 9278 3500 5469

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.