



**StubHub!**   Welcome, Sign in or Register    Buy | Sell | My Account | Customer Support |

Sports | Concerts | Theater    Madison Square Garden Tickets - MSG Concerts    New York Metro, NY  Change location

Enter: Team, artist, event, venue   | All Categories

Home > Sports tickets > Basketball > NBA > 2011 NBA Regular Season > New York Knicks > Cleveland Cavaliers at New York Knicks Tickets 03/04 >

## Ticket details

| | |
|---|---|
| Event | Cleveland Cavaliers at New York Knicks Tickets | Friday, Mar 4, 2011 at 7:30 p.m. (EST) |
| Location | Madison Square Garden in New York, NY | Driving directions, parking, & more |

View more listings for this event

**Section Mezzanine Corner 427 | Row G**

Time left to order: 1d 22h 16m

| | |
|---|---|
| Seats: | Not provided by seller |
| Quantity: | 2 |
| Delivery method: | Pickup - LMS - $15.00<br>Pick up your tickets at a StubHub Last Minute Service Center |
| Delivery info: | Pick up your tickets before the event at the designated StubHub Last Minute Service Center (we'll give you the address before you place your order) |
| Price: | **$58.75 per ticket**   | Back<br>Price set by the seller in U.S. dollars |

Enlarge map



**What the seller has to say**

Comments : Traditional hard tickets:

**Notes from StubHub**

Nobody likes paying fees. We hope that by providing great customer service, convenient delivery options, and our FanProtect™ Guarantee, you won't mind ours quite so much.

It's against the rules for sellers to include contact info in their ticket listings.
To be covered by our FanProtect™ Guarantee, you must place your order on StubHub.

Event time subject to change. Check local listings for exact start time. All sales are final.

Tickets | Sports Tickets | Basketball Tickets | NBA Tickets | NBA Finals Tickets | NBA Team Schedules | NBA Matchups | NBA All Star Game Tickets | NBA Playoff Tickets   College Basketball Tickets

©2000-2011 StubHub, Inc. All rights reserved
Use of this website signifies your agreement to the User Agreement and Privacy Policy.

You are buying tickets from a third party; neither StubHub.com nor StubHub, Inc. is the ticket seller.
Ticket prices are set by sellers and may differ from face value. All sales are FINAL. All prices listed are in US dollars.

About us | Jobs | Press box | Notifications | Partners | Corporate accounts | Sitemap


TRUSTe





Like 42    7    1Share

Copyright 2010 NBA Media Ventures, LLC | Turner Sports Interactive, Inc. All rights reserved. No portion of NBA.com may be duplicated, redistributed or manipulated in any form. By accessing any information beyond this page, you agree to abide by the NBA.com Privacy Policy / Your California PrivacyRights and Terms of Use.
NBA.com is part of Turner - SI Digital, part of the Turner Sports & Entertainment Digital Network. Advertise on NBA.com | Career Opportunities | Help