# EXHIBIT 1

-----Original Message-----
From: StubHub Orders [mailto:orders@StubHub.com]
Sent: Wednesday, September 29, 2010 11:18 AM
To: ▮
Subject: Download Your Tickets - Order # ▮

Dear ▮,

Your tickets are ready to download from your StubHub account.
Before you download your tickets, PRINT THIS EMAIL to keep with
your tickets and take to the event.



----------------------------------------
DOWNLOAD INSTRUCTIONS
----------------------------------------

Click the link below to download and print your tickets. You will
be prompted to log in.

http://www.stubhub.com/?gSec=account&action=buy&which_info=download&ticket_id=▮&tid=▮

----------------------------------------
THREE IMPORTANT THINGS TO REMEMBER
----------------------------------------

1. This email is NOT a ticket for entry to the event.

2. Inspect your tickets as soon as you download them. If you have
  any concerns, call us within 3 days -- better yet, right away!

  - Are they the tickets you ordered?
  - Did you receive the correct number of tickets?
  - Are they for the right event?
  - Are the date and time correct?

3. 1.866.STUBHUB (1.866.788.2482)

   TAKE OUR TOLL-FREE NUMBER (AND YOUR TICKETS) TO THE EVENT

Though highly unlikely, if you (or the recipient of the
tickets) have any problems with the tickets or the venue, give
us a call right away and we will assist you immediately.
Because we re not affiliated with the venue, please do not go
to the venue ticket office.

1

Remember, your tickets are fully covered by StubHub's FanProtect(tm) Guarantee.

----------------------------------------
ORDER INFORMATION
----------------------------------------

Order #: ▮▮▮▮▮
Order Date:   09-29-2010

Event:   AL Division Series Tickets: TBD at New York Yankees - Home Game 1
Venue:   Yankee Stadium, Bronx, NY
Date:   10-06-2010 01:00 PM EST
(Event time subject to change. Check local listings.)

Quantity:   1
Section:   Main Outfield 212
Row:   3
Seats:   17

----------------------------------------
BILLING INFORMATION
----------------------------------------

Price Per Ticket:   $1.00   ⬅
Quantity:   x  1
                    _____

Subtotal:   $1.00

Service Fee:   + $5.00
eDelivery Services:   + $4.95
Discount:   - $0.00
                    _____

Total:   $10.95

Paid by:   CREDIT CARD

Note: You are not being charged again. This billing review is for your reference only.

----------------------------------------

We hope you have a great time at Yankee Stadium, Bronx, NY!

If you have any questions, comments, or concerns, please contact us. Thanks again for using StubHub!

StubHub Customer Service

Weekdays: 5:00AM - 8:00PM (PST)

2

Weekends: 6:00AM - 7:00PM (PST)
CustomerService@StubHub.com
http://www.StubHub.com

StubHub! Where Fans Buy and Sell Tickets (tm)

Case 1:10-cv-08310-JFK  Document 27-1  Filed 03/17/11  Page 4 of 4

3

Weekends: 6:00AM - 7:00PM (PST)
CustomerService@StubHub.com
http://www.StubHub.com

StubHub! Where Fans Buy and Sell Tickets (tm)