# EXHIBIT 3



FIND FLIGHTS TO EVERY AWAY GAME.
OFFICIAL AIRLINE OF THE NEW YORK YANKEES
KEEP CLIMBING DELTA
GET SCHEDULE ›

THE OFFICIAL SITE OF THE NEW YORK YANKEES   MLB.com   POWERED BY ORACLE   Register Now | myMLB (Sign In)

New York Yankees   yankees.com presented by at&t   Search GO
Top Searches: Individual Tix Season Tix

News | Video | Scoreboard | Stats | Schedule | Roster | Community | Fans | Yankee Stadium | Tickets | Shop | Auction | Mobile | Fantasy | MLB Sites

# YANKEES TICKET INFORMATION

## INDIVIDUAL GAME TICKETS ON SALE NOW

2011 INDIVIDUAL GAME TICKETS
Tickets for individual games to see the New York Yankees at Yankee Stadium are on sale now. Buy Tickets Now »

Experience the legend of Yankees baseball by taking a behind-the-scenes tour of Yankee Stadium. Buy Now »

Gift Certificates

Stadium Tours

## Yankees Ticket Highlights

**Group Tickets**
By gathering 20 or more people, you can take advantage of one of many group ticket discounts.
Buy Tickets Now »

**Season Ticket Plans**
The Yankees offer a variety of ticket license plans, starting at 11 games.
Buy Tickets Now »

**Premium Season Tickets**
2011 Season Tickets are available in the Legends Suite, Champions Suite, Delta SKY360° Suite, and Jim Beam Suite.
Buy Tickets Now »

KEEP CLIMBING DELTA
FIND FLIGHTS TO EVERY AWAY GAME.
OFFICIAL AIRLINE OF THE NEW YORK YANKEES
GET SCHEDULE ›

Rethink Possible
AT&T IS THE EXCLUSIVE TELECOMMUNICATIONS PARTNER OF THE NEW YORK YANKEES
att.yankees.com

MasterCard
Preferred by MLB.com

## NEW YORK YANKEES 2011 SEASON SCHEDULE >>

## More From The Yankees

2011 SPRING TRAINING GRAPEFRUIT LEAGUE

**Spring Training Tickets**
Tickets for 2011 Yankees Spring Training home games in Tampa on sale now.
Buy Tickets Now »

**Party City Party Suites**
The ideal venue to host your next group outing, ranging in size from 28 - 60 guests.
Reserve Now »

StubHub! yankees.com

**Stubhub**
Buy and sell tickets on StubHub, the official Fan to Fan ticket marketplace of yankees.com.
More Info »

## SIGN UP NOW TO GET THE Yankees INSIDER

Register for FREE Official E-mail Newsletters, Ticket Information & more >

E-mail: ____ Create Password: ____
Birthday: - mm - | - dd - | - yyyy -
Zip Code/Postal Code: ____
Register

By registering I agree to the yankees.com Privacy Policy & Terms of Use.

## Inside Tickets

## Related Links

| | | | |
|---|---|---|---|
| **Individual Game Tickets** | - Jim Beam Suite | - Group Ticket Deposit | - Yankee Stadium Tours |
| **Season Ticket Plans** | - Game Day Suite Schedule | - Group Ticket Specials Info | - Seating & Pricing |
| • Request More Information | - Reserve Your Suite Now | - Group Leader Benefits | - Yankee Stadium Info |
| **Premium Season Tickets** | - Request More Information | - Yankees Group Newsletter | - Non-Baseball Events |
| **Spring Training Individual Tickets** | **Yankee Stadium Experiences** | - Group Policies | - Game Day Suites |
| **Field MVP Seats** | - Audi Yankees Club | - Group Sales and Service Department Staff | - Audi Yankees Club |
| **Ticket Specials** | - MasterCard Batter's Eye Seats | **StubHub** | - Mohegan Sun Sports Bar |
| • Yankees Esavers | - Budweiser Hall of Fame Lounge | - Buyer FAQ | - Batter's Eye Seats |
| **Yankees Premium** | - Hard Rock Cafe | - Seller FAQ | - Budweiser Hall of Fame Lounge |
| - Luxury Suites | - Malibu Rooftop Deck | **Bomber Bucks** | - Champions Suite Seats |
| - Game Day Suites | - Mohegan Sun Sports Bar | **Ticket Technology** | - Seats Between The Bases |
| - Party City Party Suites | - NYY Steak | - Ticket Forwarding | - Schedule |
| - The Club Suite | - NYY Steak Events Schedule | - Ticket Outlets | - My Yankees Account Management & Info |
| - Legends Suite | - College Football Series | - Print At Home | - Ticket Tracking |
| - Champions Suite | **Yankees Ticket Licensees** | - Ticket News | - Celebrity Guest Chefs |
| - Delta Sky 360° Suite | **Group Ticket Information** | | - Book A Non-Baseball Day Event |
| | | | - Guide For Guests With Disabilities |

 Official Info   Terms of Use   Privacy Policy   Help/Contact Us   Accessibility   Job Opportunities   Advertising Opportunities

 

© 2001-2011 MLB Advanced Media, L.P. All rights reserved.
The following are trademarks or service marks of Major League Baseball entities and may be used only with permission of Major League Baseball Properties, Inc. or the relevant Major League Baseball entity: Major League, Major League Baseball, MLB, the silhouetted batter logo, World Series, National League, American League, Division Series, League Championship Series, All-Star Game, and the names, nicknames, logos, uniform designs, color combinations, and slogans designating the Major League Baseball clubs and entities, and their respective mascots, events and exhibitions.
Use of the Website signifies your agreement to the Terms of Use and Privacy Policy (updated 02.11.2011).