# EXHIBIT 4











FIND FLIGHTS TO EVERY AWAY GAME.
OFFICIAL AIRLINE OF THE NEW YORK YANKEES
KEEP CLIMBING DELTA
GET SCHEDULE ›

ニホンゴ | YANKEESBEISBOL.COM | 简体中文 | 한국어 THE OFFICIAL SITE OF THE NEW YORK YANKEES MLB.com POWERED BY ORACLE Register Now | myMLB (Sign In)

New York Yankees yankees.com presented by at&t Search GO
Top Searches: Individual Tix Season Tix

News | Video | Scoreboard | Stats | Schedule | Roster | Community | Fans | Yankee Stadium | Tickets | Shop | Auction | Mobile | Fantasy | MLB Sites

Tickets » Individual Game Tickets

# YANKEES INDIVIDUAL GAME TICKETS

**INDIVIDUAL GAME TICKETS ON SALE NOW!**

## Individual Tickets

Individual game tickets are on sale now. Don't miss the Yankees in their quest for World Series championship No. 28.

Buy Tickets »

How to Order | Print at Home

**Step 1:** Click a green [T] beside the game of your choice
**Step 2:** Select the number of tickets to purchase
**Step 3:** Select the seat section or Best Available
**Step 4:** Continue through the purchase path
**Step 5:** Remember to Print Your Tickets @ Home for easiest & fastest delivery method

## UPCOMING SERIES AND PROMOTIONS

Click [T] to buy tickets, [*] for promotions.

**2011 TICKET SPECIALS**
More Info »

Yankees Premium — CHAMPIONSHIP EXPERIENCE.
Buy Tickets Now »

Buy Group Tickets »

| | | |
|---|---|---|
| [T] Thursday | Mar 31 | 1:05pm |
| [T] Saturday | Apr 2 | 4:10pm |
| [*] Calendar Day | | |
| [T] Sunday | Apr 3 | 1:05pm |
| [*] Calendar Day | | |
| [T] Monday | Apr 4 | 7:05pm |
| [*] 2011 Commemorative Cap Night | | |
| [T] Tuesday | Apr 5 | 7:05pm |
| [*] New York Yankees Insulated Can Cooler Night | | |
| [T] Wednesday | Apr 6 | 7:05pm |
| [T] Thursday | Apr 7 | 1:05pm |
| [T] Tuesday | Apr 12 | 7:05pm |
| [T] Wednesday | Apr 13 | 7:05pm |
| [T] Thursday | Apr 14 | 7:05pm |
| [T] Friday | Apr 15 | 7:05pm |

Save time... Print your tickets at home

### RELATED LINKS

- Seating & Pricing
- Yankee Stadium
- Schedule
- Yankee Stadium Tours

Upcoming games in TAMPA, FLORIDA — 2011 SPRING TRAINING

| | | |
|---|---|---|
| Thu, Mar 17 7:05 PM EDT | vs. TB | [T] Buy Tickets |
| Sat, Mar 19 1:05 PM EDT | vs. TOR | [T] Buy Tickets |
| Wed, Mar 23 7:05 PM EDT | vs. TOR | [T] Buy Tickets |
| Fri, Mar 25 7:05 PM EDT | vs. HOU | [T] Buy Tickets |

View full schedule » yankees.com

### INSIDE INDIVIDUAL GAME TICKETS »

### ALSO IN TICKETS »

- Season Ticket Plans
- Premium Season Tickets
- Spring Training Individual Tickets
- Field MVP Seats
- Ticket Specials
- Yankees Premium
- Yankee Stadium Experiences
- Yankees Ticket Licensees
- Group Ticket Information
- StubHub
- Bomber Bucks
- Ticket Technology

PUBLISHERS CLEARING HOUSE
Enter Now For Your Chance To
WIN $5,000.00 A WEEK FOR LIFE!

2



