# EXHIBIT 5





StubHub is an online ticket marketplace where anyone can buy or sell any ticket to any event nationwide. StubHub is the largest ticket marketplace in the world, based on sales, and the Official Fan to Fan Ticket Marketplace of yankees.com. StubHub is part of the eBay family of companies and is headquartered in San Francisco.

**Benefits**

There are many benefits of using StubHub to buy and sell tickets:
- You can easily sell tickets in a safe and secure environment
- No need to worry about communication with buyers of your tickets
- Get paid quickly by check, PayPal, or credit to your Yankees account
- Take advantage of the millions of fans looking for tickets on StubHub. StubHub has nearly 5 million registered users, all of whom will be able to see your tickets.
- StubHub offers ticket sellers and fans a clear and easy to use website experience, with industry leading Interactive Seat Maps and past transaction data for sellers to reference.
- eDelivery - every ticket order will be digitally delivered; buyers no longer wait for their FedEx delivery and sellers don't have to run to FedEx to drop off packages
- Excellent customer service 7 days a week
- StubHub's FanProtect™ guarantee. [What is this?]



| Yankees Season Ticket Licensees | Not a Season Ticket Licensee? | Just looking to buy tickets? |
|---|---|---|
| Sell tickets on StubHub from your season ticket account | You can still sell tickets on StubHub directly through stubhub.com | You can buy tickets on StubHub directly through stubhub.com |
| Sell via your Yankees account » | Sell tickets on StubHub » | Buy tickets on StubHub » |

**QUESTIONS?**

Frequently Asked Questions:   Seller Q&A   Buyer Q&A





**INSIDE STUBHUB »**
- Buyer FAQ
- Seller FAQ

**ALSO IN TICKETS »**
- Individual Game Tickets
- Season Ticket Plans
- Premium Season Tickets
- Spring Training Individual Tickets
- Field MVP Seats
- Ticket Specials
- Yankees Premium
- Yankee Stadium Experiences
- Yankees Ticket Licensees
- Group Ticket Information
- Bomber Bucks
- Ticket Technology



**Q: Who do I contact if I need help or have a question?**

StubHub offers toll-free customer service 7 days a week. If you have any questions, feel free to contact StubHub by email or phone.
**Email:** customerservice@stubhub.com
**Phone:** 1.866.STUBHUB (1.866.788.2482)
You can also visit StubHub's help center to ask a question or to read more about a particular topic.

**IMPORTANT:** Any direct or indirect sale, resale, auction, assignment or transfer (collectively, "resale") of Yankees tickets must be done in accordance with applicable law. The Yankees, MLB.com, Major League Baseball ("MLB") and the other MLB entities are not responsible for tickets resold through Stubhub, any other secondary ticket marketplace or by any ticket reseller. Please note that a change in New York law prohibits the resale of tickets for more than $2.00 over the face value of the ticket, plus lawful taxes, with respect to events taking place in Yankee Stadium.

